No. 86–5449.   YOUNG *v.* CABANA, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.   C. A. 5th Cir.   Certiorari denied.

No. 86–5454.   PEREZ *v.* SULLIVAN, WARDEN.   C. A. 10th Cir. Certiorari denied.

No. 86–5458.   EDABURN *v.* WISCONSIN.   Ct. App. Wis.   Certiorari denied.

No. 86–5459.   BERGER *v.* NADLER, JUDGE.   C. A. 3d Cir. Certiorari denied.

No. 86–5460.   CENTENO *v.* THRIFTY DRUG STORES, INC., ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 86–5463.   HALL *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir.   Certiorari denied.

No. 86–5467.   VAZQUEZ ET AL. *v.* PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE.   C. A. 3d Cir.   Certiorari denied.

No. 86–5472.   CREASEY *v.* MUNCY, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 86–5473.   CARR *v.* PARKS ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 86–5474.   CARR *v.* CIRCUIT COURT OF KANAHWA COUNTY. C. A. 4th Cir.   Certiorari denied.

No. 86–5475.   LEWIS *v.* MARTIN, WARDEN, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 86–5478.   PERKINS *v.* CABANA, SUPERINTENDENT, MISSISSIPPI DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir. Certiorari denied.

No. 86–5480.   HARVEY *v.* MCLENNAN COUNTY JAIL ET AL. C. A. 5th Cir.   Certiorari denied.